**STATE of Missouri, Respondent,**

v.

**Alfonso RODRIGUEZ, Appellant.**

**WD 78164**

Missouri Court of Appeals, Western District.

**ORDER FILED: MAY 10, 2016**

Emmett D. Queener, Columbia, MO, Counsel for Appellant,

Richard Anthony Starnes, Columbia, MO, Counsel for Respondent

Before Division Four: Alok Ahuja, P.J., Thomas H. Newton, Anthony Rex Gabbert, JJ.

## ORDER

Per Curiam:

Alfonso Rodriguez was convicted in the circuit court of domestic assault in the first degree, armed criminal action, and resisting arrest. He appeals, arguing that the circuit court erred by denying his motions to suppress the statements he made to, respectively, Detective Alan Mitchell and Trooper Gary Gundy. We affirm. Rule 30.25(b).